### PEOPLE v. KING et al.

(Common Pleas of New York City and County, General Term. August 9, 1893.)

Action by the people of the state of New York against Emma King, as principal, and Jacob Klinger, as surety, on a forfeited bail bond, in which there was a judgment for plaintiffs, and defendants moved to vacate such judgment.

Argued before BISCHOFF and GIEGERICH, JJ.

Burritt S. Stone, for surety. Delancey Nicoll, for the People.

No opinion. Motion granted.

---

### SWEENEY, Appellant, v. REDMOND, Respondent.

(Common Pleas of New York City and County, General Term. August 9, 1893.)

Appeal from first district court.

Action by John V. Sweeney against Ellen Redmond for compensation for services as a physician and surgeon. From a judgment for defendant, plaintiff appeals. Affirmed.

Argued before BISCHOFF and GIEGERICH, JJ.

T. E. Tomlinson, (Daniel T. Kimball, of counsel,) for appellant.

John Callahan, for respondent.

PER CURIAM. The questions presented for solution on this appeal are only those involving facts, in respect whereof there is a conflict of evidence. Careful consideration of the evidence satisfies us that the decision of the justice was in all respects correct, and therefore the judgment should be affirmed, with costs.

---

### NIXON, Respondent, v. ZURICALDAY et al., Appellants.

(Superior Court of New York City, General Term. July 3, 1893.)

Action by George F. Nixon against Aquilino Zuricalday and others. From a judgment entered on a verdict given by direction of the trial judge, and from an order denying a motion for a new trial, defendants appeal.

Olcott, Mestre & Gonzales, (James L. Bishop, of counsel,) for appellants.

Arnoux, Rich & Woodford, (William H. Arnoux, of counsel,) for respondent.

PER CURIAM. Judgment and order appealed from are affirmed, with costs, on opinion filed by the learned court below. 24 N. Y. Supp. 121.

---

### ROTHSCHILD, Appellant, v. ZUCKER, Respondent.

(Superior Court of New York City, General Term. July 3, 1893.)

Action by Jacob Rothschild against Alfred Zucker. From an order directing bill of particulars, plaintiff appeals.

Argued before FREEDMAN and GILDERSLEEVE, JJ.

S. F. Rawson, for appellant.

Freeman & Green, for respondent.

PER CURIAM. The order should be affirmed, with $10 costs and disbursements.